**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00272-CV**

_____

**OILFIELD STEEL SUPPLY, LLC, Appellant**

**V.**

**HUMBERTO FRANCISCO LENIEK, GARETH NICHOLAS JONES, ALEJANDRO GARCIA VILLAMIL, LS JOHN INVESTMENTS, LLC, NJMAP, LP, AND MOAF, LP, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-07-09844-CV**

_____

**MEMORANDUM OPINION**

Oilfield Steel Supply, LLC (the appellant) and Humberto Francisco Leniek, Gareth Nicholas Jones, Alejandro Garcia Villamil, LS John Investments, LLC, NJMAP, LP, and MOAF, LP, who are the appellees, filed an agreed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1. The parties agree that when the appellees filed a notice of nonsuit in the trial court, the temporary injunction that is the subject of this accelerated appeal became moot.

1

We grant the motion and dismiss the accelerated appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on November 8, 2023
Opinion Delivered November 9, 2023

Before Horton, Johnson and Wright, JJ.